IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 06-121-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LANE DEMARAIS, | |
| Defendant. | |

For the reasons stated on the record, LANE DEMARAIS is hereby released from the custody of the U.S. Marshals Service.

DATED this 24th day of January, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1